UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMIKA HUGHEY )<br>)<br>Plaintiff,            )<br>)<br>v.                         )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY  )<br>)<br>Defendant          )<br>_____) | No. 07-cv-01513 (RJL) |

**PARTIES' PROPOSED JOINT DISCOVERY ORDER**

Pursuant to the Court's Order, the parties in this matter submit the following proposed discovery schedule:

1) The Parties agree that Initial Disclosures shall be exchanged on or before January 25, 2008.

2) Discovery shall be completed by May 26, 2008.

3) The parties agree that the requirements of Fed. R. Civ. P. 26(a)(2) should not be modified. The parties also agree that should Plaintiff decide to call any expert witnesses, that she provide her expert disclosure report on or before February 29, 2008. Defendant shall file its report, if any, on or before March 29, 2008.

4) Dispositive motions shall be filed on or before June 25, 2008; oppositions thirty days thereafter; and replies, if any, fifteen days after any opposition.

5) A post-discovery status conference is scheduled for May 28, 2008.

6) The pretrial conference should take place at a time convenient to the Court, after

the close of discovery, with the anticipation that a trial would occur 30 to 60 days thereafter.

        Respectfully submitted,

        Carol B. O'Keeffe #445277
        General Counsel

        Mark F. Sullivan #430876
        Deputy General Counsel

        _____/s/_____
        David J. Shaffer #413484
        Assistant General Counsel
        WMATA
        600 Fifth St., N.W.
        Washington, D.C. 20001
        (202) 962-2820
        Dshaffer@wmata.com
        Attorneys for Defendant WMATA

        _____/s/_____
        Lisa Alexis Jones, Esq.
        Lisa Alexis Jones, PLLC
        Unified Bar Number 421002
        1200 G St., N.W.
        Washington, D. C. 20005
        (202) 434-4507
        (202) 434-8707 (fax)
        Orbitcv@erols.com

        _____/s/_____
        Cynthia Goode Works, Esq.
        The Law Office of Cynthia Goode Works, PLLC
        Unified Bar Number 439904
        Suite 330
        Greenbelt, MD 20770
        (301) 474-5562
        (301) 474-8484 (fax)
        Cynthia@goodeworkslaw.com

        Counsel for Plaintiff