**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TOMIKA HUGHEY )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>  Defendant. )<br>) | Civil Action No. 07-1513 (RJL) |

**PLAINTIFF'S CONSENT MOTION FOR A ONE-DAY EXTENSION TO FILE HER OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, Tomika Hughey, by and through her undersigned counsel, and hereby respectfully submits the request for an extension to file her opposition to defendant's Motion for Summary Judgment on July 28, 2008. The reasons for this request are as follows:

1. Plaintiff's counsel has advised counsel for defendant of this Motion, and counsel consents to the relief requested.

2. Plaintiff's Opposition to defendant's Motion for Summary Judgment is due to be filed today, July 25, 2008. Undersigned counsels have had additional court deadlines in the days preceding the deadline for the filing of plaintiff's opposition in this matter. As a result, counsel has had extraordinary difficulty completing the preparation of plaintiff's opposition in a timely fashion.

3. There have been no previous requests for extensions of time by either party.

4. As the request for an extension by plaintiff is one business day, this request is in the interest of justice, should not unduly prejudice the rights of defendant or affect any

previously scheduled deadlines.

WHEREFORE, plaintiff respectfully request that her consent motion for a one-day extension to file her Opposition to defendant's Motion for Summary Judgment be granted, and for any further relief the Court deems just and proper.

Respectfully submitted,

/s/ Lisa Alexis Jones
_____
Lisa Alexis Jones, Esq.
1200 G Street, N.W., Suite 800
Washington, D.C. 20005
(202) 434-4507
(202) 434-8707 Fax
orbitcv@erols.com

Cynthia Goode Works, Esq.
The Law Office of Cynthia Goode Works, PLLC
Unified Bar Number 439904
Suite 330
Greenbelt, MD 20770
(301) 474-5562
(301) 474-8484 (fax)
Cynthia@goodeworkslaw.com

*Counsel for Plaintiff*

Dated: January 25, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January 2008, I caused to be sent via ECF a copy of the foregoing Motion to:

David J. Shaffer
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001

/s/ Lisa Alexis Jones
_____
LISA ALEXIS JONES, ESQ.

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| TOMIKA HUGHEY | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Civil Action No. 07-1513 (RJL) | |
| | ) | | |
| WASHINGTON METROPOLITAN | ) | | |
| AREA TRANSIT AUTHORITY | ) | | |
| | ) | | |
| Defendant. | ) | | |
| | ) | | |

## PROPOSED ORDER

Upon consideration of Plaintiff's Consent Motion for an Extension of Time to File her Opposition to Defendant's Motion for Summary Judgment, and the record herein, it is on this _____ day of July 2008 hereby

**ORDERED**, that plaintiff's Consent Motion for an Extension of Time to File Plaintiff's Opposition to Defendant's Motion for Summary Judgment be and is hereby **GRANTED**. Be it further

**ORDERED** that plaintiff's Opposition shall be filed on or before July 28, 2008.

_____
United States District Judge Leon

Copies to:

Lisa Alexis Jones

Cynthia Goode Works

David Shaffer