UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOMIKA HUGHEY ) | |
| ) | |
| Plaintiff, ) | No. 07-cv-01513 (RJL) |
| ) | |
| v. ) | |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY**

Defendant WMATA hereby moves the Court for an extension of time of one week to file its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. In support of this Motion Defendant states:

1. Plaintiff requested and received an extension of time to file her Opposition to Defendant's Motion for Summary Judgment with the consent of counsel for WMATA. At that time, she told the undersigned that she would consent to an extension for Defendant's reply, although no specific dates were discussed.

2. The undersigned has attempted to contact counsel for plaintiff, however, her voicemail indicates that she will be out of town through August 11, the due date for Defendant's reply.

3. Plaintiff's Opposition is 30 pages long and contains 27 exhibits.

4. Counsel for WMATA has several other summary judgment briefs and an appellate brief due next week.

1

     5.     Granting this extension will not unduly delay the proceedings in this matter.

Accordingly, Defendant requests an extension of one week to file its Reply to Plaintiff's Opposition, to and including August 18th.

Respectfully submitted,

/s/
David J. Shaffer #413484
Assistant General Counsel
WMATA
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Counsel for Defendant WMATA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TOMIKA HUGHEY | ) | |
| | ) | |
| Plaintiff, | ) | No. 07-cv-01513 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) ) | |
| | ) | |
| Defendant | ) ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court, having considered Defendant's Motion for Extension of time to File a Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment and good cause appearing, IT IS HEREBY ORDERED THAT Defendant shall file its Reply by August 18, 2008.

_____
Richard J. Leon
United States District Judge